# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:15-cr-00064-APG-CWH |
| vs. ) | **ORDER** |
| LETICIA CASTRO and JIMMY MATUTE, ) | |
| Defendants. ) | |

This matter is before the Court on Defendant Leticia Castro's Motion to Modify Conditions of Release to Allow Her to Work (#69), filed October 19, 2015. Upon review and consideration,

**IT IS HEREBY ORDERED** that the Motion to Modify Defendant's Conditions of Release to Allow Her to Work (#69) is **granted**. Defendant Leticia Castro's conditions are modified as follows: Defendant may work as a cashier for Pei Wei restaurant, which the Court understands will require Defendant to process cash or credit food and beverage purchases  All other conditions of her pre-trial release remain the same.

**IT IS FURTHER ORDERED** that the hearing scheduled for Tuesday, October 27, 2015 at 2:00 p.m. is vacated.

DATED this 26th day of October, 2015.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge