# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 2:15-cr-00064-APG-CWH |
| vs. | ) | **ORDER** |
| LETICIA CASTRO, | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's Motion to Modify Conditions of Release (ECF No. 90), filed on August 29, 2016. The Government filed an Opposition (ECF No. 91) on August 30, 2016 and Defendant filed a Reply (ECF No. 94) on August 31, 2016. The Court conducted a hearing in this matter on September 13, 2016. After considering the papers submitted by the parties, as well as oral argument by counsel, the matter having been submitted following argument for decision, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant's Motion to Modify Conditions of Release (ECF No. 90) is **granted**. Defendant's conditions of release are modified as follows:

1. Condition numbers 23 and 24 regarding Defendant's residence in a halfway house are hereby removed.

2. Condition number 22, which requires Defendant to maintain her residence at 8401 Jeannie Marie Court, is hereby added. Defendant shall not move from that address without prior approval from pretrial services.

DATED this 13th day of September, 2016.

GEORGE FOLEY, JR.
United States Magistrate Judge