# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:15-cr-00064-APG-CWH |
| vs. | **ORDER** |
| LETICIA CASTRO, | |
| Defendant. | |

On August 1, 2018, the court received a Federal Express package from defendant Leticia Castro containing a letter requesting a new attorney, along with more than one hundred pages of miscellaneous documents. Ms. Castro is represented by attorney Brian Pugh of the Federal Public Defender's Office.

Under Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in this case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Given that Ms. Castro is represented by Mr. Pugh, the court will not take any action with respect to the letter from Ms. Castro. Ms. Castro is advised that all filings in her case must be made by her attorney.

IT IS SO ORDERED.

DATED: August 2, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**