**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| United States of America, | Case No. 2:15-cr-064-APG-DJA |
|---|---|
| Plaintiff, | **ORDER** |
| v. | (ECF No. 175) |
| Leticia Castro and Jimmy Matute, | |
| Defendants. | |

     I HEREBY GRANT the Government's motion to dismiss the indictment in this case. ECF No. 175. All charges against Jimmy Matute and Leticia Castro in this case are dismissed without prejudice. The clerk of the court is directed to CLOSE THIS CASE.

     Dated: January 16, 2020.

                                                        ANDREW P. GORDON
                                                        UNITED STATES DISTRICT JUDGE